# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>        Plaintiff-in-Interpleader,<br><br>vs.<br><br>ERIC DEBARTOLO, an individual, KENNETH CARVALHO, an individual, ESTATE OF SANDRA DEBARTOLO, and DOES 1 through 10, inclusive,<br><br>        Defendants-in-Interpleader. | CASE NO.: 1:11-CV-00459-AWI SMS<br><br>**ORDER** ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE SET FOR MAY 26, 2011<br><br>[Stipulation Filed Concurrently Herewith]<br><br>Complaint Filed: 03/16/11 |

k:\sms\to_be_docketed\11cv0459.o.on stipprimerica.conf.docx

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO.1:11-cv-00459-AWI-SMS
[*PROPOSED*] ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE

# ORDER

Upon consideration of the Stipulation of Plaintiff-in-Interpleader Primerica Life Insurance Company ("Primerica") and Defendant-in-Interpleader Kenneth Carvalho's ("Carvalho") to continue the Scheduling Conference for 120 days, IT IS HEREBY ORDERED THAT the Scheduling Conference for this matter shall be continued to September 12, 2011 at 10:00 a.m. in Courtroom # 7, Sixth Floor of the above-entitled Court before Judge Snyder.

**IT IS SO ORDERED.**

Dated:  May 16, 2011           /s/ Sandra M. Snyder
                               UNITED STATES MAGISTRATE JUDGE

**Respectfully submitted by**:

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1  Gail E. Cohen (093210),
   gcohen@bargerwolen.com
2  Karen D.M. Denvir (240120),
   kdenvir@bargerwolen.com
3  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
4  Los Angeles, California 90071
   Telephone:  (213) 680-2800
5  Facsimile:  (213) 614-7399

6  Attorneys for Plaintiff-in-Interpleader
   Primerica Life Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-

CASE NO.1:11-cv-00459-AWI-SMS
[*PROPOSED*] ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE