Richard A. Harris (SBN 053708)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Post Office Box 16339
Fresno, California 93755-6339
Telephone: (559) 224-2131
Facsimile: (559) 224-8462
E-mail: rharris@wctlaw.com

Attorneys for Defendant
Eric DeBartolo

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>v.<br><br>ERIC DEBARTOLO, an individual, KENNETH CARVALHO, an individual, ESTATE OF SANDRA DEBARTOLO, and DOES 1 through 10, inclusive<br><br>    Defendants. | Case Number 1:11-cv-00459-AWI SMS<br><br>**ORDER** ON STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>[Stipulation Filed Concurrently Herewith]<br><br>Complaint Filed: 03/16/11 |

**ORDER**

Upon consideration of the Stipulation of Plaintiff-in-Interpleader Primerica Life Insurance Company ("Primerica"), Defendant-in-Interpleader Kenneth Carvalho ("Carvalho") and Defendant-in-Interpleader Eric DeBartolo ("DeBartolo") to extend the time for DeBartolo to respond to Primerica's Complaint-in-Interpleader for thirty (30) days, IT IS SO ORDERED THAT the time for DeBartolo to respond to Primerica's Complaint-in-Interpleader be extended for thirty (30) days.

**IT IS SO ORDERED.**

Dated:   June 21, 2011              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
P. O. BOX 16339