# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>              Plaintiff-in-Interpleader,<br><br>      vs.<br><br>ERIC DEBARTOLO, an individual, KENNETH CARVALHO, an individual, ESTATE OF SANDRA DEBARTOLO, and DOES 1 through 10, inclusive,<br><br>              Defendants-in-Interpleader. | CASE NO.: 1:11-CV-00459-AWI SMS<br><br>**ORDER** GRANTING STIPULATION OF THE PARTIES FOR:<br><br>1. DISCHARGE AND DISMISSAL OF PRIMERICA WITH PREJUDICE;<br><br>2. DISTRIBUTION OF INTERPLEADED FUNDS; AND<br><br>3. PERMANENT INJUNCTION<br><br>[Filed Concurrently with Stipulation of the Parties<br><br>Complaint Filed:    March 16, 2011 |

k:\awi\to_be_signed\11cv459.order_stip_4_discharge.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO.1:11-cv-00459-AWI-SMS
[*PROPOSED*] ORDER

Having considered the Stipulation of Plaintiff-in-Interpleader Primerica Life Insurance Company ("Primerica") and Defendants-in-Interpleader Kenneth Carvalho ("Carvalho") and Eric DeBartolo (sometimes collectively referred to as "the Parties")[1], the Court **ORDERS** as follows:

1. That Primerica and its agents, attorneys and assigns are discharged of all liability with respect to life insurance policy number 0430992564 issued by Primerica to Gary DeBartolo insuring the life of Gary DeBartolo (the "Policy");

2. That Primerica and its agents, attorneys and assigns are discharged of all liability with respect to the spouse rider to the Policy which insured the life of Sandra DeBartolo;

3. That Primerica and its agents, attorneys and assigns are dismissed from the underlying interpleader action with prejudice as to all claims relating to the Policy, the spouse rider to the Policy, the Policy proceeds and the Policy's spouse rider proceeds;

4. That Defendants-in-Interpleader and each of them, their agents, attorneys and assigns, are enjoined perpetually, restraining each of them, their agents, attorneys and assigns, from instituting any suit at law or equity, or action of any kind whatsoever against Primerica or its agents, attorneys or assigns, with respect to the Policy and/or the spouse rider to the Policy and/or the proceeds of the Policy and/or

---

[1] Defendant-in-Interpleader Estate of Sandra DeBartolo was not a party to the Stipulation because an administrator has not been and will not be appointed for Sandra DeBartolo's estate. Defendants-in-Interpleader Eric DeBartolo and Carvalho have confirmed that an estate will not be opened for Sandra DeBartolo. Primerica is informed and believes that Sandra DeBartolo is survived by her son, Eric DeBartolo. Carvalho agrees that the proceeds of the spouse rider to the subject Policy should be distributed entirely to Eric DeBartolo.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-

CASE NO.1:11-cv-00459-AWI-SMS
ORDER

the proceeds of the spouse rider to the Policy;

5. That on or about December 20, 2011, Carvalho expressly disclaimed and waived any claim that he may have against Primerica under the Policy. Carvalho, in his individual and representative capacity, further expressly disclaimed and waived any claim he may have against Primerica under the spouse rider to the Policy. Pursuant to the December 20, 2011 waiver, Carvalho agreed that the proceeds of the Policy as well as the proceeds of the spouse rider to the Policy should be distributed entirely to Eric DeBartolo;

6. That, pursuant to Carvalho's December 20, 2011 waiver and disclaimer, the Stipulation of the Parties and this Order, Eric DeBartolo will receive 100% of the Policy proceeds currently on deposit with the Court registry in the amount of $211,468.49 and will further receive 100% of the Policy's spouse rider proceeds currently on deposit with the Court registry in the amount of $137,454.52. Both checks will be made payable and sent as follows:

> Eric DeBartolo and Wild, Carter & Tipton
> c/o Russell G. VanRozeboom
> Wild, Carter & Tipton
> 246 West Shaw Avenue
> Fresno, California 93755-6339

IT IS SO ORDERED.

Dated: January 14, 2012

CHIEF UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO.1:11-cv-00459-AWI-SMS
ORDER